**William CADE, Appellant, v. Catherine HOLT et al., Appellees.**

Circuit Court of Appeals, Fifth Circuit. April 6, 1929.

No. 5219.

W. E. Cranford, of Galveston, Tex. (Armstrong & Cranford, of Galveston, Tex., and Burke & Smith, of New Iberia, La., on the brief), for appellant.

Adrian F. Levy, of Galveston, Tex. (Adrian F. Levy and Levy, Levy, Barker & Kahn, all of Galveston, Tex., on the brief), for appellees.

Before WALKER, BRYAN and FOSTER, Circuit Judges.

PER CURIAM. The decree in this case is affirmed.